IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2006 JUL 1 P 12: 23

TY

| | |
|---|---|
| DATASCI, LLC<br>T-114 Prince Philip Drive<br>Olney, Maryland 20810,<br><br>    Plaintiff,<br><br>v.<br><br>DATALABS, INC.<br>101 Academy Way<br>Suite 250<br>Irvine, California 92617<br><br>    Defendant. | Civil Action No. MJG 06 CV 1815 |

## COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL

Plaintiff Datasci, LLC, by counsel, brings this action against defendant DataLabs, Inc. and alleges as follows:

1.  This is an action for patent infringement under 35 U.S.C. § 1 et seq.

### PARTIES

2.  Plaintiff Datasci, LLC ("Datasci") is a Maryland limited liability company with offices located at T-114 Prince Philip Drive, Olney, Maryland 20810.

3.  Defendant DataLabs, Inc. ("DataLabs" or "Defendant") is a corporation formed and existing under the laws of the state of Delaware with offices located at 101 Academy Way, Suite 250, Irvine, California 92617.

### JURISDICTION AND VENUE

4.  This action arises under the patent laws of the United States, 35 U.S.C. § 1 et seq. Subject matter jurisdiction exists pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. Personal jurisdiction over the defendants is proper in this District.

6. Venue exists in this District pursuant to 28 U.S.C. §§ 1391(c) and 1400(b).

## DATASCI'S PATENT RIGHTS

7 Datasci owns all title, right, and interest in and to United States Letters Patent No. 6,496,827 (the "'827 patent") entitled "Methods and Apparatus for the Centralized Collection and Validation of Geographically Distributed Clinical Study Data with Verification of Input Data to the Distributed System," which was duly and legally issued by the United States Patent and Trademark Office on December 17, 2002. A copy of the '827 patent is attached as Exhibit A.

## COUNT I

### (Patent Infringement   35 U.S.C. § 271)

8. Datasci incorporates by reference paragraph nos. 1-7 as if fully set forth herein.

9. Defendant has and continues to infringe directly, indirectly, contributorily, and/or by inducement, the claims of the '827 patent by making, using, offering to sell, and/or selling products and services in this District and throughout the United States.

10. Defendant's acts of infringement will continue unless enjoined by this Court.

Defendant's acts of infringement have caused and will continue to cause Datasci substantial and irreparable injury for which Datasci is entitled to receive injunctive relief and damages adequate to compensate it for such infringement.

## DEMAND FOR RELIEF

WHEREFORE, Datasci requests this Court to enter judgment in its favor and against Defendant, awarding it the following relief:

A. Permanently enjoining Defendant, its officers, agents, servants, employees, and any others acting in concert with them from infringing the '827 patent;

    **B.**    Awarding Datasci damages resulting from Defendant's acts of infringement and ordering Defendant to account for and pay to Datasci damages adequate to compensate Datasci for the infringement of its patent rights; and

    **C.**    Granting Datasci such other relief as the Court deems just and proper.

## JURY DEMAND

Datasci hereby demands trial by jury as to all issues in this action triable of right by a jury.

                                            DATASCI, LLC
                                            By Counsel

**REED SMITH LLP**

By: _/s/ Mark Wasserman_

    Mark W. Wasserman, Bar #23414
    Matthew R. Sheldon
    3110 Fairview Park Drive
    Suite 1400
    Falls Church, Virginia  22042
    (703) 641-4229 (Direct)
    (703) 641-4200 (Main No.)
    (703) 641-4340 (Fax)

Stanley P. Fisher, Esq.
REED SMITH LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, VA  22042
(703) 641-4211 (Direct)
(703) 641-4200 (Main No.)
(703) 641-4340 (Fax)

Gerard P. Martin, Esq.
ROSENBERG MARTIN FUNK GREENBERG LLP
25 South Charles Street
Suite 2115
Baltimore, Maryland 21201-3305
(410) 727-6600
(410) 727-1115 (Fax)

Counsel for Plaintiff

Dated: July 17, 2006