IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DATASCI, LLC** </br></br> Plaintiff, </br></br> v. </br></br> **DATALABS, INC.,** </br></br> Defendant. | Civil Action No. 8:06-CV-1815 (MJG) |

## STIPULATION OF DISMISSAL

The parties, pursuant to Rule 41(a)(1), hereby stipulate to the dismissal of this action with prejudice, subject to the fulfillment of the terms of a separate Settlement Agreement and License Agreement between them, each party to bear its own costs and expenses.

WE ASK FOR THIS:


REED SMITH LLP

By: /s/ Mark W. Wasserman
Mark W. Wasserman, Bar #23414
Matthew R. Sheldon
3110 Fairview Park Drive
Suite 1400
Falls Church, Virginia 22042
Counsel for Plaintiff Datasci, Inc.


CONSENT AS TO FORM WITHOUT APPEARANCE:

KNOBBE MARTENS OLSON & BEAR LLP

By: /s/ John Grover
John Grover, Esq.
2040 Main Street
14th Floor
Irvine, California 92614-3641
Counsel for Defendant DataLabs, Inc.